FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 1 4 2021

JAMES N. HATTEN, Clerk
By: Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Elias Kifle,

    *Pro se* Plaintiff,

v.

Youtube LLC,

    Defendant.

:
: Civil Action No.
:
: Complaint for 1 -CV- 0238
: 1. Copyright infringement;
: 2. Breach of contract;
: 3. Promissory Estoppel; and
: 4. Racial Discrimination.
:
: Jury trial demanded
: Injunctive relief requested

*Pro se* Plaintiff Elias Kifle ("Plaintiff"), as and for his Complaint against Defendant Youtube, LLC ("Youtube" or "Defendant"), hereby alleges as follows:

### JURISDICTION AND VENUE

1.    This Court has subject matter jurisdiction over this case under 28 U.S.C. §§ 1331 and 1338(a) (federal question), 28 U.S.C. § 1332 (diversity), 28 U.S.C. § 2201 (declaratory judgment), 28 U.S.C. § 1367 (supplemental Jurisdiction), 17 U.S.C. § 101, et seq. (copyright), 17 U.S.C. § 512 (DMCA), and 42 U.S.C. § 1981, and 1964, 42 U.S.C. § 2000a (racial discrimination).

2.    This is a civil action seeking damages and injunctive relief under the laws of the United States, including but not limited to the Copyright Act of the United States, 17 U.S.C. § 101, et seq., and Title II of the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512, declaratory relief, and injunctive relief under the laws of the United States. Plaintiff also seeks damages and injunctive relief under Georgia State law, where not preempted by Federal law.

3.    Plaintiff's claims for declaratory and injunctive relief are authorized by 28 U.S.C. §§ 2201 and 2202, Rules 57 and 65 of the Federal Rules of Civil Procedure, and the general legal and equitable powers of this Court. Plaintiff's claims for nominal, actual, and punitive damages are authorized by 42 U.S.C. § 1983.

4.     This Court has personal jurisdiction over Youtube because Youtube and its parent company, Google, have continuous, substantial, and systematic business ties to the State of Georgia and this district. Youtube/Google have a large data center and offices in this district. Youtube's acts of copyright infringement complained of herein occurred in the State of Georgia, in this judicial district, and throughout the world.  Youtube regularly solicits and does business in the State of Georgia and derives substantial revenue from services rendered.

5.     Venue in this District is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and (c).

## PARTIES

6.     Plaintiff is an immigrant from the African country of Ethiopia and a resident of northern Georgia. Plaintiff is the owner of Mereja.tv website.

7.     YouTube, LLC, is a Delaware limited liability company.

## STATEMENT OF FACTS

8.     This is a civil action brought against Youtube, an online video monopoly that has displayed a wanton disregard for good faith and fairness in its dealing with Plaintiff.

9.     Youtube's video platform has 2 billion users worldwide. Seventy-nine percent of internet users have at least one Youtube account. Youtube regulates  95 percent of the video content in the world. Because of Youtube's and its parent company Google's monopoly of online video and search engines, it is impossible for content creators to develop their own successful video websites and blogs. African content creators such as Plaintiff are the most affected by Youtube's ravenous monopoly and unfair dealings because Youtube ignores even a simple copyright takedown request from African content creators.

10.    Plaintiff brought this lawsuit in his individual capacity, but it is also a public service for professional content creators in the United States and around the world, particularly people of color and immigrants, who are being victimized by Youtube. It has become normal for Youtube to behave with impunity when dealing with such groups of people.

11.    This lawsuit challenges Youtube's assertion that Section 230 of the Communications Decency Action applies to Youtube's relationship with professional content creators such as Plaintiff. Youtube is no longer simply an interactive computer service provider. Youtube's

business model has transformed over the years. Currently, Youtube is a producer and distributor of original videos in partnership with professional content creators, similar to television channels. Youtube recruits professional content creators and uses stringent standards to admit them into the Youtube Partnership Program (YPP).

12.     Plaintiff is an Ethiopian immigrant who has been persecuted and exiled by the Ethiopian government for writing and airing critical views. He has dedicated his life to bring the people of Ethiopia out of suffering in the hands of tyrannical governments by empowering them with information. He operates web journals, Mereja.com and Mereja.TV, and social media pages. His Facebook Page has over 3.7 million followers. His Youtube channel had 220,000 subscribers and over 100 million views until it was terminated on November 11, 2020.

13.     On November 11, 2020, Youtube deleted Plaintiff's 2,500 videos, and terminated his channel: https://www.youtube.com/channel/UCuwWDftx2gxmC2D50So0gag



14.     Plaintiff categorically denies that he has violated Youtube's contract (Terms of Service). Youtube has no basis for destroying Plaintiff's channel and 2,500 educational and informative videos that are fully in compliance with Youtube's Terms of Service. What Youtube has done -- falsely accusing Plaintiff of violating its Terms of Service -- is deeply unconscionable knowing that Plaintiff invested an enormous amount of resources to build the channel by producing thousands of quality videos and acquiring over 200,000 subscribers.

15.     Plaintiff created his Youtube channel named Mereja TV in 2016 after he was induced by Youtube's persistent advertising, and forced by its monopolistic behavior that has destroyed competition in the online video field with the help of its parent company, Google.[1] Youtube is doing the same thing with online video. As a result, content creators have no reasonable alternative to using Youtube's video platform. If not for Youtube's monopolistic, anti-competitive behavior, Plaintiff could have built his own website, Mereja.tv, to reach his audience.

16.     For the past four years, until November 2020, Plaintiff produced and uploaded 2,500 videos on his Youtube channel. The primary focus of Plaintiff's videos are human rights and good governance, which sometimes upset Ethiopian government officials and activists. Some of the videos are critical of the Ethiopian government for not taking preventative actions against bloody pogroms in southern and western Ethiopia. Amnesty International and other human rights advocates have expressed the same view.

17.     Upon information and belief, the Ethiopian government and its allies asked Youtube to remove a few videos that were live streamed between October 25 and November 8, 2020. Youtube complied with the request by starting to delete Plaintiff's videos. Youtube also took the extra measure and terminated the entire channel along with its 2,500 videos without a specific explanation or prior warning.

18.     Because of Youtube's absolute domination of online video and search, thousands of high quality blogs and video websites that existed 10 years ago have now disappeared. In Plaintiff's situation, even though he has a subscription-based video website, Mereja.tv, when someone searches for "mereja tv" on Google, the top search results point to Youtube.com, https://www.youtube.com, not Plaintiff's website, https://mereja.tv, as shown on these screenshots:

---

[1] "As one of the wealthiest companies on the planet with a market value of $1 trillion, Google is the monopoly gatekeeper to the internet for billions of users ..." - U.S. Department of Justice https://www.justice.gov/opa/pr/justice-department-sues-monopolist-google-violating-antitrust-laws

4



19.     The top 5 video search results for "mereja tv" on Google are fake accounts impersonating Mereja TV on Youtube, not Plaintiff's website, https://mereja.tv, as shown below:



20.     Youtube has been able to become a monopoly by inducing Plaintiff and thousands of other professional content creators with false advertising, promising to them that it will act in good faith. Now that Youtube is a monopoly that controls virtually all video content worldwide, it believes that it can use people and throw them out like trash.

21.     Plaintiff's followers on Youtube were distraught over the termination of his channel. Close to 18,000 of them have signed an online petition (http://chng.it/KHmGxxWf) asking Youtube to restore their favorite channel. Youtube ignored their petition.

## COPYRIGHT INFRINGEMENT

22.    To rub salt into the Plaintiff's wound, two days after terminating his channel, Youtube allowed another user to impersonate Plaintiff's website, Mereja.TV, and upload Plaintiff's copyright-protected content: https://www.youtube.com/channel/UCrnWkTrB7tzLtqdWX2Uuhrg

*Screenshot taken on December 8, 2020, of a Youtube channel that is stealing Plaintiff's copyright-protected content:*



23.     Youtube refuses to remove Plaintiff's stolen videos from its platform, the same videos that Youtube found to be violating its terms of service and deleted them from Plaintiff's channel along with the channel itself. Plaintiff owns and has exclusive rights to all of the videos he has requested Youtube to remove from Youtube.com.

24.     YouTube's refusal to take action against the repeat infringement of Plaintiff's copyright compels Plaintiff to seek relief from the Court. As of the filing of this complaint, Youtube has refused to remove from its platform all of Plaintiff's copyright-protected videos and 1 artwork that were scraped from Plaintiff's website, Merej.tv, and uploaded on Youtube.com. Youtube ignored Plaintiff's 12 takedown requests, stealing Plaintiff's online traffic from his website. (Exhibit 1 and 2 - DMCA takedown notice). The stolen copyright-protected videos have received over 125,000 views on Youtube so far. (Exhibit 3)  Youtube was generating (and continues to generate) revenue from its infringing conduct.[2]

25.     Plaintiff reminded Youtube about its obligations under the Copyright Act.

12/5/2020                                Gmail - This is a DMCA takedown notice #4

 Gmail                                          Elias Kifle <eliaskifle@gmail.com>

**This is a DMCA takedown notice #4**

**Elias Kifle** <eliaskifle@gmail.com>                              Fri, Nov 27, 2020 at 11:31 PM
To: YouTube Copyright <youtube-disputes+15q4zvx73kcld0q@google.com>, copyright@youtube.com,
legal@support.youtube.com
Cc: Mereja TV <email@mereja.tv>

You are willfully and knowingly ignoring my DMCA takedown request that I submitted from both this email address and the email address from my website: email@mereja.tv. This is the 10th day and 10th request that you ignored a properly filed copyright infringement takedown request. It is apparent that you feel like you do not have to obey the law.

[Quoted text hidden]

26.     In a letter sent on December 7, 2020, Plaintiff placed Youtube on notice about an impending lawsuit and implored Youtube to avoid litigation by carrying out its copyright obligation.

---

[2]  "A defendant is vicariously liable for copyright infringement if he enjoys a direct financial benefit from another's infringing activity and 'has the right and ability to supervise' the infringing activity." *Ellison v. Robertson*, 357 F.3d 1072, 1076



**Notice of intent to file a lawsuit against Youtube**                    Message 1 of 72

From    Mereja TV
To      legal@youtube.com, legal@support.youtube.com
Date    Today 22:01

Attn: Youtube, LLC

I am writing to notify you that I am preparing to file a lawsuit against Youtube for:

1. Breach of contract
2. DMCA copyrights violations

I have sent you several emails about the details of my complaints, which will be the basis for my lawsuit. You have ignored all of my letters, except sending me ready-made responses that are not applicable to my requests.

I am making this final attempt to give you an opportunity to address my complaints, which are simple:

1. You have terminated my Youtube channel for no reason: https://www.youtube.com/channel/UCuwWDftx2wxmC2D58So0gag Please reinstate it. Please read the details in my previous emails.

2. Give me access to the channel so that I can download my content, which you promised to do in your TOS.

3. Remove all of my copyright-protected videos from your platform. As of today, I have submitted 12 DMCA takedown requests. You have ignored all of them.

I hope we will settle these matters outside of court.

Looking forward to your response.

Sincerely,

Elias Kifle



**Notice of intent to file a lawsuit against Yo...**        Message 3 of 4636

From    YouTube Legal Support Team
To      email@mereja.tv
Date    Tue 22:02

Hello,

Thanks for contacting the YouTube Legal Support team. We will review your request as soon as possible. Please note that general help inquiries won't be answered here. To expedite our ability to investigate your claim, we encourage you to submit your legal claim electronically via the instructions here.

For help with other site-related issues, please visit our Help Center. If you wish to report abuse or inappropriate content, or would like to make a privacy complaint, please visit our Safety Center.

Regards,

The YouTube Team

27.    Youtube responded by saying that to expedite its investigation Plaintiff needs to submit his claim electronically (a web form). Which is impossible because Youtube terminated

Plaintiff's access to his Youtube channel and prohibited him from accessing other Youtube accounts.



> We'd like to inform you that we've received a complaint regarding your YouTube account Mereja TV. Upon review, we've determined that activity in your account violates our Terms of Service (https://www.youtube.com/t/terms). As a result, we've terminated your account.
>
> This account has been terminated for a violation of YouTube's Terms of Service.
>
> Please be aware that you are prohibited from accessing, possessing or creating any other YouTube accounts. For more information about account terminations and how our Community Guidelines are enforced, please visit our Help Center.
>
> If you would like to appeal the suspension, please submit this form.

28.     Youtube threatened Plaintiff with further action if he doesn't retract his copyright claim, even though Plaintiff provided Youtube with sufficient evidence about his copyright claim.



Elias Kifle <eliaskifle@gmail.com>

### This is a DMCA takedown notice #4

**YouTube Copyright** <youtube-disputes+15q4zvx73kcld0q@google.com>
Reply-To: YouTube Copyright <youtube-disputes+15q4zvx73kcld0q@google.com>
To: eliaskifle@gmail.com

Wed, Nov 25, 2020 at 10:13 AM

Hello,

We are concerned that some of the information in your takedown request may be fraudulent. Please understand that YouTube receives a large number of fraudulent copyright takedown requests, and we take abuse of that process very seriously (*see YouTube, LLC v. Brady (D. Neb. 8:19-cv-00353)*).

We remind you that in your allegation of copyright infringement, you stated that:

1. You are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed, and acknowledge that any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
2. You understand that abuse of this form will result in termination of your YouTube account.

For each video in question, please explain how you're authorized to make this claim, including supporting documentation or other evidence wherever possible.

If we don't receive a detailed explanation from you within 7 days, **your YouTube account may be terminated**. You may be able to avoid termination if you retract your takedown request. If you wish to do so, please reply to this email with "I hereby retract my claim of copyright infringement."

Plaintiff responds to Youtube clearly stating that his original copyrighted videos and artwork are located on https://mereja.tv. Youtube ignored Plaintiff's response.

12/5/2020                                      Gmail - This is a DMCA takedown notice #4

 Gmail                                                 Elias Kifle <eliaskifle@gmail.com>

### This is a DMCA takedown notice #4

**Elias Kifle** <eliaskifle@gmail.com>                                  Thu, Nov 26, 2020 at 12:02 AM
To: YouTube Copyright <youtube-disputes+15q4zvx73kcld0q@google.com>
Cc: Mereja TV <email@mereja.tv>

If you are willing to read my takedown request fully, I have clearly stated that my original copyright-protected logo
artworks and videos are located on my website, Mereja.tv

How can I be more clear? Just go to my website, Mereja.TV and check. I can send you an email from my website's email
account (email@mereja.tv) if that helps you.

I am forced to submit my DMCA takedown request by email, instead of using your reporting tool (webform) because you
have terminated my main Youtube channel for no reason. That case is heading to court, as I have notified you in my
previous email. If you do not remove my videos from the fake channel, you are willfully and knowingly violating the
DMCA.

If you have any question or concern, you can reach me at 770 296 2095.
[Quoted text hidden]

29.     Youtube's attitude is "so sue me." Youtube knows that almost all Black content creators, especially those who have recently immigrated from Africa, do not have the resources to hire lawyers to take Youtube to court in order to have their rights respected.

30.     Youtube's refusal to comply with a properly submitted DMCA takedown requests is a violation of Plaintiff's rights under Title II of the Digital Millennium Copyright Act, as codified at 17 U.S.C. § 512, that requires online service providers to act expeditiously and promptly (normally within 24 - 72 hours) when they receive a copyright takedown request. It has been over 40 days since Plaintiff submitted the first DMCA takedown request.

31.     Plaintiff depends on his copyright-protected works for his livelihood. Copyright protection deters would-be violatos from copying his work without his permission. In this case, Youtube was not deterred by the DMCA copyright law when it knowingly and wilfully allowed a user of its video platform to steal the Plaintiff's videos. Accordingly, Youtube has directly, contributorily, and vicariously infringed Plaintiff's copyrighted work.

32.     Youtube's policy to intentionally ignore DMCA takedown requests from legally underrepresented people precludes it from relying on the safe harbor protections of the DMCA.

## BREACH OF CONTRACT

33.     When on November 8, 2020, Plaintiff's live stream was interrupted and Youtube deleted the video, over 7,000 people were watching it concurrently. Upon learning about the takedown, Plaintiff asked a Youtube employee named Kevin who came on the support chat line why the live stream was interrupted and the video was deleted. Kevin told Plaintiff that the video was removed because it violated Youtube's community guidelines. When asked by the Plaintiff to specify the violation, Kevin stated that he will get back with an update. He never did.



34.     Several attempts by Plaintiff to get an answer from Youtube about the specific violations were not successful. The following day, on November 11, Youtube terminated the entire channel, again, without any explanation or warning.

35.     Youtube refused to provide a specific, comprehensible explanation for removing Plaintiff's Youtube channel that he has invested four years of his life building. (Exhibit 4)

36.    In a further demonstration of unfair dealing and bad faith, after terminating Plaintiff's channel, Youtube refused to allow him to download/export his own videos that he streamed live, in violation of Youtube's contract (TOS).[3]

37.    Youtube invites professional creators to join as partners, as stated here: https://www.youtube.com/creators/partner-managers

> "Our partner management program is by invitation only, so should you become eligible, our team will reach out directly."

38.    Youtube's one-sided, oppressive, unfair and terribly destructive contract with regular Youtubers is not applicable to professional content creators. Even if it does, the contract should be rendered unenforceable due to unconscionable provisions in it.

39.    Youtube's monopoly has created a distressed circumstance for content creators, particularly for those in underserved demographic groups whom Youtube treats with contemptuous disregard. Plaintiff has repeatedly asked what he has done wrong, what he could do differently, or how he could change his videos so that his channel can be reinstated, but YouTube has arrogantly ignored those requests.

40.    Over 99.9 percent of viewers of Plaintiff's Youtube channel give his videos positive feedback by pressing the LIKE button. Plaintiff received the Silver Award from Youtube when his channel accumulated 100,000 subscribers, demonstrating that Plaintiff has performed the contract.

---

[3] Youtube Terms of Service states: "Where YouTube is terminating your access for Service changes, where reasonably possible, you will be provided with sufficient time to export your Content from the Service." (https://www.youtube.com/static?template=terms) It would have been effortless to allow Plaintiff to export his content from Youtube.com.





41.      Youtube's termination of Plaintiff's channel is fraudulent because it is a classic
bait-and-switch fraud. Youtube invited Plaintiff and thousands of other professional content
creators to build channels on its platform. Plaintiff was fully compliant with the policies of
Youtube Partnership Program while spending years of his life building the channel. Then
suddenly, for no specific, comprehensible reason, Youtube destroyed Plaintiff's channel and his
relationship with his subscribers and followers.

42.      Youtube's claim that it is providing free service to professional content creators is
disingenuous. Youtube may not charge content creators cash up front, but it benefits from their
highly valuable work, so much so that it generates billions of dollars in advertising, subscription,
and data-mining revenue based on their work. The amount of work involved to create, grow and
maintain a Youtube channel that has hundreds of thousands of subscribers is enormous. (Exhibit
6) After inducing professional content creators to join the Youtube Partnership Program with a
variety of incentives, when Youtube suddenly terminates their channels, they suffer  devastating
economic losses. Section 230 of the CDA was not designed to cause such economic devastation
on professional content creators who are more than mere online service users. They are business
partners to Youtube once they are induced to join Youtube's Partnership Program. Youtube is

actively courting professional content creators such as Plaintiff with promises of various benefits, incentives, and rights.



Plaintiff was invited to join the YouTube Partner Program.



Apply for monetization Inbox x

YouTube <no-reply@youtube.com>
to me ▾

Fri, Nov 27, 2:35 PM

Hi Mereja TV

Your channel Mereja TV Addis Ababa Studio, has passed the 1,000 subscribers and 4,000 public watch hours (in the last 12 months) requirement of the YouTube Partner Program.

Your channel is not monetizing yet. Go to the Monetization section of YouTube Studio to check next steps. If you've already accepted terms and set up AdSense, then no further action is needed.

Thanks,
The YouTube Team

# YouTube Partner Program overview & eligibility

**Update November 2020:** With this update we've expanded our FAQ section and provided context around why you may see ads being served on videos from channels that aren't in the YouTube Partner Program.

The YouTube Partner Program (YPP) gives creators greater access to YouTube resources and features like direct access to our Creator Support team. It also enables revenue sharing from ads being served on your content. This article provides an overview of the available features, criteria for joining, an application checklist, and some FAQs.



43.     Believing that Youtube will keep its promises and abide by its contract, and trusting Youtube will try to change its racist practices, Plaintiff and many other professional content creators who are people of color signed up for Youtube's Partner Program.

44.     Youtube fails to specify Plaintiff's violations because its terms of service are pretextual for its bad faith and racially discriminatory actions. Often, the real reason for destroying customers' Youtube channels and videos is not violations of community guidelines. Rather, it is because Youtube works with foreign government officials to remove channels that expose corruption and human rights abuses, and sometimes because Youtube has animus toward Blacks.

45.     If Youtube is in the service of corrupt dictators, it must stop deceiving professional content creators by falsely advertising itself as a conscientious company or a good corporate citizen in violation of Lanham Act, 15 U.S.C. § 1125, et seq.

46.     When Youtube took down Plaintiff's channel and 2,500 videos (entire video archive), it was not acting in good faith. No compelling, significant, or legitimate reason justifies Youtube's devastating action. Even if such interests did exist to justify YouTube's action generally, the blunt-force action that destroyed Plaintiff's livelihood was not warranted. Because a narrowly or

16

reasonably tailored action to further such interests would have been sufficient. Destroying hard working people's livelihood on a whim is an evil act.

47.     Youtube has a history of siding with and helping tyrannical governments around the world.[4] In 2013, Youtube terminated another channel created by Plaintiff because of 1 video (out of hundreds) that was used for an investigative report showing Saudi Arabian police torturing Ethiopian immigrants. First, Youtube age-restricted the video and placed a warning on it.[5]

---

[4] On November 27, 2018, Amnesty International accused Google of collaborating with China on censorship: "Google must not capitulate to China's censorship demands."
(https://www.amnesty.org/en/latest/news/2018/11/google-must-not-capitulate-to-chinas-censorsh ip-demands/)

[5] (https://www.youtube.com/channel/UCxrF_HLBhGmqu1D3FbjBLFw)



Shocking video: Saudi Arabia police torture Ethiopians

EthiopianReview · 87 videos

▶ Subscribe 346

24,755

👍 6  👎 37

👍 Like  💬

About  Share  Add to  📊  🚩

Published on Mar 20, 2013
Saudi Arabia police and local militia hog-tie Ethiopian refugees and
savagely torture them

This video has been age-
restricted based on our
Community Guidelines

Show more

Then, Youtube removed the video:



Plaintiff persistently asked Youtube to explain to him the specific rule or policy the video has violated. Unable to give an honest explanation, Youtube retaliated by terminating the channel.



Youtube falsely claimed that Plaintiff's channel was terminated due to its policy against spam. Plaintiff's appeals and requests for clarification were completely ignored. This is how obscenely

deceitful and unfair Youtube has been to African journalists and human rights bloggers while acting in the service of human rights abusers.

48.     Fast forward to today, Youtube has once again acted on behalf of a foreign government to silence Plaintiff.

49.     Youtube does not care about its own community guidelines as long as videos on its platform are highly profitable. There are countless videos on Youtube with tens of millions of views that violate its community guidelines. Youtube will not remove those videos because they generate a lot of money and they do not upset corrupt government officials. For example, this video that has over 600 million views is full of racial epithets, profanity, and nudity in direct violation of Youtube's community guidelines: https://www.youtube.com/watch?v=pPw_izFr5PA



#6ix9ine #GOOBA #musicvideo
6IX9INE- GOOBA (Official Music Video)

643,301,782 views · May 8, 2020          10M   1.6M   → SHARE   =+ SAVE   ...

There are an enormous number of videos on Youtube.com that are much worse than what is shown here. Especially when it comes of African languages, Youtube does not bother to take any

20

action to clean up its platform from hardcore pornography and violence that are harmful to children.

This pornographic video on Youtube is in Amharic language about ejaculating on women's face (it is not even age-restricted; it has 21,000 views and counting):



The pornographic videos below are also in Amharic language (too graphic to translate here) :





ወይ ጉድ !
59K views · 1 year ago

Nigusu Woldemichael



ቁላ ካልጠባሁ ያመኛል፡፡መባዳት ውስጤ ነው፡፡የእምስ አይነት
9K views · 2 weeks ago

Doctor Amare

ቁላ ካልጠባሁ ያመኛል፡መባዳት ውስጤ ነው፡፡የእምስ አይነት ሰትን ልጅ አሳምሮ ማደበዛ ወንድ ወንድ
አይደለም፡፡ቀድሞ አምስ የሴት ብልት እምስ መሳስ ...



ቂጤን እያሻሸ ሚበዳኝ ወንዳወንድ ፈልጋለሁ ፡መባዳት ውስጤ
ነው፡፡የቁላ እናት
1.4K views · 2 weeks ago

Doctor Amare

ቂጤን እያሻሸ ሚበዳኝ ወንዳወንድ ፈልጋለሁ ፡መባዳት ውስጤ ነው፡፡የቁላ እናት፡ወ ካልጠባሁ
ያመኛል፡መባዳት ውስጤ ነው፡፡የእምስ አይነት ሴትን ...

Youtube's bots can easily identify filthy content that degrade women, incite hostilities between ethnic and religious groups, and glorify violence, but Youtube is profiting from them. Such videos are promoted and made easily accessible to be viewed by everyone, including children, no matter how much the videos violate Youtube's Community Guidelines. Plaintiff's videos, on the other hand, promote human rights, human dignity, peaceful coexistence, and good governance[6] --

---

[6] Plaintiff is a recipient of an award by the late civil rights legend Rosa Parks and civil rights attorney Morris Dees for promoting tolerance and human rights long before Youtube came into existence. (Exhibit 5)

22

they are completely in compliance with Youtube's terms of service. And yet, they are deleted by Youtube along with the entire channel.

This is a hardcore pornography channel in Amharic language on Youtube with millions of views:



There are millions of similar pornographic videos in various languages, particularly African languages, on Youtube.com that Youtube has no interest in removing, even though the purpose of the Communications Decency Act's Section 230 was intended to help internet companies such as Youtube clean up their platform from such objectionable content. Instead, Youtube is using

Section 230 to delete legitimate videos at the behest of tyrannical governments, destroying successful channels that have been built by professional content creators.

Youtube aggressively promotes and recommends violent and pornographic videos to its audience because they are profitable -- community guidelines be damned when it comes to profitable filthy videos.

This is a screenshot of one of Plaintiff's videos that Youtube deleted -- wholesome and family friendly, in full compliance with Youtube's contract. It discusses Ethiopian government's negligence in protecting minority groups in southern and western Ethiopia:



## **RACIAL DISCRIMINATION**

50.     Youtube tries to hide its racist policy towards African content creators by giving lip service[7] about promoting diversity and supporting Black content creators. The fact, however, is

---

[7] Youtube CEO Susan Wojcicki: "We have always been proud that we are a platform that celebrates a broad and diverse set of voices. And we have implemented many policies and product features to protect our communities. But we recognize we need to do more, in particular with the Black community, and that is why we are committing to following actions. … At YouTube, we believe Black lives matter and we all need to do more to dismantle systemic racism." Youtube CEO's statement above must be a sick joke. Youtube destroys the livelihood

that Youtube has devastated Black-owned media by unfairly competing against them, and by systematically banning them after they are forced to join Youtube. It is not surprising that Youtube/Google is accused of racist practices in various civil lawsuits.[8]

51.   Less than 3 percent of Youtube's workforce are Blacks.[9] Youtube is a hostile place for Black content creators. As a result, less than 1 percent of the top 1,000 non-music channels on Youtube are owned by Blacks. Even more shocking, there is no African or African-American in Youtube's content review team.

52.   Youtube's own CEO admits the racism allegations against Youtube, but is not willing to change because for Youtube/Google, racism is profitable. No other American corporation is allowed to do the kind of damage Youtube does to an ethnic minority in terms of destroying the livelihood of their content creators and exposing their children to extremely harmful content when they visit Youtube.com.

## FIRST CLAIM FOR RELIEF
### (Breach of Implied Covenant of Good Faith and Fair Dealing)
### (Breach of Contract)
### (Promissory Estoppel)
### (False Advertisement in violation of the Lanham Act, U.S.C. § 1125, et seq.)

53.   Plaintiff incorporates and realleges the allegations contained in the preceding paragraphs as if set forth in full herein.

---

of  Blacks by stealing their copyright and terminating their online business for no good reason. (https://blog.youtube/inside-youtube/susan-wojcicki-my-mid-year-update-youtube-community)
[8] "Black creators sue YouTube, alleging racial discrimination" - Washington Post
"A group of black YouTube creators filed suit against the company this week, alleging that the platform has been systematically removing their content without explanation."
(https://www.washingtonpost.com/technology/2020/06/18/black-creators-sue-youtube-alleged-ra ce-discrimination/)

[9] "In the US, Google's workforce is... only 2.5 percent black"
https://www.wired.com/story/googles-employee-diversity-numbers-havent-really-improved/

"YouTube rarely promotes black YouTube stars, even during Black History Month"
(https://splinternews.com/youtube-rarely-promotes-black-youtube-stars-even-durin-1793846967)

54. Plaintiff and Youtube entered into a contract after Youtube hand-picked Plaintiff to join its Youtube Partner Program. The Program is by invitation only. Implied in the contract is the implied covenant of good faith and fair dealing. To the extent that the discretionary power Youtube gave itself is valid, Youtube is obligated to exercise it fairly and in good faith pursuant to Section 47 U.S.C. § 230(b)(2).

55. YouTube agreed to permit the posting of Plaintiff's professionally produced videos unless they violated YouTube's Community Guidelines; and share advertising and subscription revenue with Plaintiff. Plaintiff did all of the things that the Youtube Partnership Program's contract required him to do. All conditions required for the Program's performance had occurred. YouTube, on the other hand, failed to comply with the contract in that it failed to do any of the things that it was required to do or it had promised.[10] In the least, Youtube failed to provide guidance for fixing "violations" (if there were any). Youtube abruptly and arbitrarily without any justifiable reason terminated the contract with Plaintiff, destroying four years of his work.[11]

56. When inviting him to join the Youtube Partnership Program, Youtube promised to Plaintiff: a) to provide audience reach, advertising, subscription, a feature that enables Plaintiff's audience to contribute money, and live stream capability; b) training and guidance to help Plaintiff keep up with Youtube's frequently changing terms of service and policies; c) in the event Plaintiff's channel is suspense, a temporary access for him to export his content; d) equal access to the Youtube platform, and d) fair and good faith treatment.

---

[10] "Under the Georgia action for promissory estoppel, the essential elements are that: (1) the defendant made a certain promise or promises; (2) the defendant should have reasonably expected the plaintiff to rely on such promise or promises; (3) plaintiff did, in fact, rely on such promise or promises to his detriment; and (4) an injustice can be avoided only by the enforcement of the promise, because the plaintiff surrendered, forgoes, or rendered a valuable right.." OCGA § 13-3-44(a); *Simpson Consulting, Inc. v. Barclays Bank PLC*, 227 Ga. App. 648, 490 S.E.2d 184 (1997)

[11] "[w]here the terms of a contract are literally complied with but one party to the contract deliberately countervenes [sic] the intention and spirit of the contract, that party can incur liability for breach of the implied covenant of good faith and fair dealing." *Hilton Hotels Corp. v. Butch Lewis Prod., Inc.,* 808 P.2d 919, 922–23 (Nev. 1991)

57.     Based on these promises, Plaintiff redirected his focus from his own website, Mereja.tv, to building his channel on Youtube.com.

58.     Plaintiff was induced by Youtube's promises, and forced by the unfair competition monopolistic of Youtube and its parent company, Google, who are stealing his web traffic. Plaintiff suffered a significant monetary loss because of Youtube's failure to keep its promise.[12]

59.     As a direct and proximate result of Youtube's breach of contract, Plaintiff has suffered financial harms in excess of $200,000 per year plus other lost revenues, the total amount of which to be determined at trial.

60.     Youtube unfairly and unnecessarily interfered with Plaintiff's right to receive the benefits of the contract by taking down Plaintiff's YouTube channel.

61.     In violation of Lanham Act, 15 U.S.C. § 1125, et seq., Youtube made a false advertising about its Youtube Partner Program and induced Plaintiff and others to invest enormous resources. Youtube then abruptly eliminated Plaintiff from the Program for no specific reason. Youtube's false advertisement about its Youtube Partnership Program has deceived Plaintiff into committing his time and resources to build the Youtube channel.

62.     Youtube's statements that Plaintiff's videos and channels are terminated because they violated Youtube's terms of service are false. Plaintiff's videos and channels have not violated any of Youtube's terms of service, as can be shown at trial. YouTube did not act in good faith because it has made a false, defamatory accusation against Plaintiff in the absence of evidence.

63.     Youtube continues to promote and profit from Plaintiff's videos that are being uploaded on Youtube.com illegally without the authorization of Plaintiff. Youtube has willfully and knowingly ignored Plaintiff's DMCA takedown requests because Youtube is profiting from those

---

[12] (1) a false statement of fact by the defendant in a commercial advertisement about its own or another's product; (2) the statement actually deceived or has the tendency to deceive a substantial segment of its audience; (3) the deception is material, in that it is likely to influence the purchasing decision; (4) the defendant caused its false statement to enter interstate commerce; and (5) the plaintiff has been or is likely to be injured as a result of the false statement, either by direct diversion of sales from itself to defendant or by lessening of the goodwill associated with its products. *Wells Fargo & Co. v. ABD Ins. & Fin. Servs., Inc.*, 758 F.3d 1069, 1071 (9th Cir. 2014).

27

illegally uploaded videos without sharing the revenue with Plaintiff. Youtube advertises and shows Plaintiff's videos without Plaintiff's authorization in violation of the Lanham Act, U.S.C. § 1125, et seq. *Wells Fargo & Co. v. ABD Ins. & Fin. Servs., Inc.,* 758 F.3d 1069, 1071 (9th Cir. 2014). Because of Youtube's false advertising, tens of thousands of online users watch those videos that are being stolen from Plaintiff and uploaded on Youtube, believing that the videos are uploaded by Plaintiff.

64.     Youtube terminates channels, many of which do not violate its terms of service, to advertise itself as a good corporate citizen and try to make corporate advertisers happy at the expense of hard working, innocent professional content creators.[13] The fact is that Youtube makes virtually no effort to remove videos that violate its terms of service as long as they are highly profitable, as shown above. In fact, Youtube promotes such videos.

65.     Plaintiff has been harmed by Youtube's failure to comply with the contract. Youtube's claim that it has "sole discretion" to terminate the contract is not applicable to Plaintiff because Plaintiff has a professional relationship with Youtube through the Youtube Partnership Program, which is different from a regular Youtube user. Even if the oppressive "sole discretion" provision applies to the Youtube Partnership Program, it should be rendered unenforceable because it is an unconscionable, and that it was not applied in good faith.

66.     YouTube materially breached the contract and the covenant of good faith and fair dealing by (a) falsely stating Plaintiff violated Youtube's terms of service, (b) failing to actually review Plaintiff's videos to determine whether the videos in any way violated the terms of service, and (c) terminating Plaintiff's channel along with his entire video archive without any warning or guidance for a less harmful outcome.

---

[13] "Some of the biggest brands in the US pulled hundreds of millions of dollars of advertising from Google and YouTube..."
https://www.thetimes.co.uk/edition/news/top-brands-pull-google-adverts-in-protest-at-links-with-hate-videos-5f5sfrcjw
"More than 17,000 YouTube channels removed since new hateful content policy implemented"
https://www.theverge.com/2019/9/3/20845071/youtube-hateful-content-policies-channels-comments-videos-susan-wojcicki
*"YouTube said that 80 percent of the videos it removed in the third quarter were first detected by machines and that of those, 74.5 percent never received a single view"*
https://www.cnbc.com/2018/12/13/youtube-removed-nearly-2-million-channels-more-than-7-million-videos.html

67.     YouTube's monopolistic control over the online video content, including video search results and live video streaming, leaves Plaintiff with no reasonable alternative.

68.     As a result of the wrongful conduct described above, Plaintiff has suffered damages and seeks an award of compensatory damages in excess of $10,000,000.

69.     Plaintiff is also entitled to specific performance of the contract.

## SECOND CLAIM FOR RELIEF
### (Repeat Copyright Infringement - 17 U.S.C. §§ 106, et seq.)
### (Digital Millennium Copyright Act - 17 U.S.C. § 512)

70.     Plaintiff incorporates and realleges the allegations contained in the preceding paragraphs as if set forth in full herein.

71.     After terminating Plaintiff's channel and 2,500 videos, Youtube knowingly and willfully ignored Plaintiff's properly submitted DMCA takedown requests to remove several videos and artworks that were taken from his website, Mereja.tv, and uploaded on Youtube.com at: https://www.youtube.com/channel/UCrnWkTrB7tzLtqdWX2Uuhrg/videos

72.     By ignoring Plaintiff's repeated warnings and DMCA takedown requests, Youtube has violated Plaintiff's exclusive rights to produce, reproduce, and distribute copies of his work, to create derivative works, and to publicly display his work under the Copyright Act, 17 U.S.C. §§ 106 and 501.

73.     YouTube's acts of infringement referenced herein were willful within the meaning of 17 U.S.C. § 101, et seq. Youtube has wilfully and knowingly violated Plaintiff's copyrights by refusing to take down 30 copyright-protected videos and 1 artwork in violation of Title II, 17 U.S.C. § 512, which requires online service providers to promptly remove or block access to alleged infringing material upon receiving notification of an infringement claim from a copyright holder.

74.     Youtube has not acted reasonably or in good faith in response to Plaintiffs' notices of infringement and repeat infringement.

75.     Youtube's act of allowing repeat infringements has been willful, intentional, and purposeful, in disregard of and indifference to Plaintiffs' rights. Part of Youtube's business

29

model is to profit from the theft of copyright-protected content. The theft is directed at those whom Youtube believes have limited access to the United States courts of law, such as Plaintiff and many others like him.

76.     As a direct and proximate cause of the infringement by Youtube of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Youtube's profits pursuant to 17 U.S.C. § 504(b) for the repeat infringement.

77.     Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed (50 videos and counting) for Youtube's willful infringement of Plaintiff's videos and artwork, pursuant to 17 U.S.C. § 504(c).

78.     Plaintiff is informed and believes, and thereupon alleges, that in performing the acts herein alleged, Youtube acted with oppression, fraud, and malice, or alternatively, acted in such conscious disregard of his rights, that he is entitled to punitive damages to punish Youtube and to deter such conduct in the future, in an amount to be determined at trial.

79.     Youtube's infringement has caused and is causing irreparable harm to Plaintiff, for which he has no adequate remedy at law. Unless this Court restrains Youtube from allowing the infringement of Plaintiff's protected work, the harm will continue to occur in the future. Accordingly, Plaintiff is entitled to preliminary and permanent injunction.

80.     Plaintiff alleges the foregoing based upon personal knowledge, public statements of others, and records in his possession. Plaintiff believes that substantial additional evidentiary support, which is in the exclusive possession of Youtube will exist for the allegations and claims set forth above after a reasonable opportunity for discovery. Plaintiff reserves his right to amend this Complaint upon discovery of additional instances of Youtube's wrongdoing.

## THIRD CLAIM FOR RELIEF
### (Racial Discrimination - 42 U.S.C. § 1981, and 1964, 42 U.S.C. § 2000a)

81.     Plaintiff incorporates and realleges the allegations contained in the preceding paragraphs as if set forth in full herein.

82.     Section 230 does not immunize Youtube from discrimination based on race or national origin complaints.

83.     Youtube effectuated discriminatory attacks against Plaintiff and other people of color by capriciously deleting their content, terminating their channels for no specific reason, and refusing to respect their DMCA rights. Ignoring Plaintiff's 12 DMCA requests was possible for Youtube because of Youtube's contempt for Plaintiff's race.

84.     Destroying Plaintiff's 4 years of work demonstrates Youtube's animus toward Plaintiff's race. Such discrimination by the internet giant Youtube/Google is one of the main reasons there exists a wide digital gap between the races.

85.     Youtube's own CEO admits Youtube's racial discrimination against Black people.

86.     Youtube's disgraceful and unlawful discrimination against people of color will be further proven at trial through the discovery process.

87.     Plaintiff alleges the foregoing based upon personal knowledge, and public statements of others. Plaintiff believes that substantial additional evidentiary support, which is in the exclusive possession of Youtube will exist for the allegations and claims set forth above after a reasonable opportunity for discovery. Plaintiff reserves his right to amend this Complaint upon discovery of additional instances of Youtube's wrongdoing.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Youtube as follows:

A.  To declare that Youtube has willfully and knowingly infringed upon Plaintiff's copyrights in violation of the Copyright Act;

B.  To award Plaintiff either: a) Plaintiff's actual damages and Youtube's profits, gains or advantages of any kind attributable to Youtube's infringement of Plaintiff's videos; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504(b) and (c);

C.  To permanently enjoin Youtube from all further infringement of Plaintiff's work;

D.  To enter an order requiring Youtube to file with the Court and serve on Plaintiff within 30 days after entry of any injunction, a report in writing, under oath, setting forth the manner in which Youtube has complied with the Court's orders;

E. To award Plaintiff damages for his tort and contract claims against Youtube as set forth in this Complaint;

F. To permanently enjoin and order YouTube to restore Plaintiff's channels, the videos produced on his channels, and access to monetization features under the Youtube Partner Program.

G. For an injunctive relief enjoining Youtube from further discrimination against Plaintiff based on his race.

H. To declare that Sections 230(c)(1) and (2) do not immunize online services companies such as Youtube when they effectuate discrimination based on race, and act in bad faith, destroying the livelihood of content creators by falsely accusing them of violating terms of service;

I. For punitive damages and exemplary damages in an amount to be proven at trial;

J. Restitution of financial losses or harm caused by Youtube;

K. To order Youtube to allow Plaintiff export/download his videos as stated in the contract (Youtube's Terms of Service); and

L. To grant such other and further relief as this Court may find just and proper.

## **REQUEST FOR JURY TRIAL**

Plaintiff hereby requests a trial by jury.

Dated: January 14, 2021                         Respectfully submitted.

Elias Kifle, *Pro se* Plaintiff

$\mathcal{E}\ell\text{:}\curvearrowleft$

Signature of Plaintiff

Elias Kifle
950 Herrington Road, STE C - 84
Lawrenceville GA 30044

Email: eliaskifle@gmail.com
Tel:  770 296 2095

## Exhibit 1

12/13/2020                    Roundcube Webmail :: DMCA copyright takedown request - day number 12 and 12th request

Subject    **DMCA copyright takedown request - day number 12 and 12th request**                    roundcube
From       Mereja TV <email@mereja.tv>
To         <copyright@youtube.com>
Cc         <legal@support.youtube.com>
Date       2020-12-01 16:56

I am the owner of Mereja.TV website and all artwork and videos on the website.

The logo and other artworks on https://mereja.tv is protected by the DMAC.

All videos on Mereja.TV are protected under DMAC.

I am sending you this DMCA takedown request by email because I am unable to use your reporting tool since you suspended my Youtube channel.

This is the 12th time I am sending you a DMCA takedown notice about this channel. It is now 12 days since I started notifying you every day about copyright infringement of my website, Mereja.TV. You have failed to take action so far.

This Youtube channel is violating my copyrights:

https://www.youtube.com/channel/UCrm4kTr87tziLqdkX2Uuhrg

It is using my television channel Mereja TV's logo and copyright-protected videos.

Originals of my copyright-protected videos and logo are found here: https://mereja.tv and here: https://vimeo.com/user116173553

The user is using my copyright-protected videos and company logo without my permission.

I am requesting that you remove Mereja.TV's copyright-protected logo artwork and videos from this channel within 24 hours.

All (100 %) of the videos on this channel are owned by me and they should be removed immediately:

https://www.youtube.com/channel/UCrm4kTr87tziLqdkX2Uuhrg/videos

Remove all these videos ASAP:
https://www.youtube.com/watch?v=6qLBTr8A8g8
https://www.youtube.com/watch?v=8hKVoTACF8A
https://www.youtube.com/watch?v=MS8-ZzZNxGY
https://www.youtube.com/watch?v=HItesPfD5j6
https://www.youtube.com/watch?v=yynZco6vczo
https://www.youtube.com/watch?v=-zrxYzkLMmk

Original videos are found on my website: https://mereja.tv and my Vimeo channel:
https://vimeo.com/user116173553

The logo and cover poster artworks on the channel also belongs to Merja.TV. It should be removed within 24 hours.

I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

In case you do not comply with these demands within the above deadline, Mereja TV will take further legal action.

The information contained in this letter is accurate and shall not affect in any way, the rights, remedies and/or defenses I have, had, or may have for acting in this matter.

Signature: Elias Kifle

https://109.203.101.148:2096/cpsess6329544445/3rdparty/roundcube/?_task=mail&_safe=0&_uid=88&_mbox=INBOX.Sent&_action=print&_extwin=1    1/2

12/13/2020                    Roundcube Webmail :: DMCA copyright takedown request - day number 12 and 12th request

Address:
Mereja TV
8115 Fenton Street #307
Silver Spring, MD 20910

Tel: 202 656 5117
Email: email@mereja.tv

## Exhibit 2

 Gmail

Elias Kifle <eliaskifle@gmail.com>

---

### This is a DMCA takedown notice #4

---

**Elias Kifle** <eliaskifle@gmail.com>
To: YouTube Copyright <youtube-disputes+3k7qsc3kqxlma0q@google.com>

Mon, Nov 23, 2020 at 11:54 AM

I am unable to use your webform because you suspended by Youtube channel. I have provided you all the information you need under the DMCA rule:

======================

I am sending you this DMCA takedown notice by email because I am unable to use your reporting tool since you suspended my Youtube channel.

This is the 6th time I am sending you a DMCA takedown notice about this channel. It is now 6 days since I notified you about the copyright infringement. You have failed to take action so far.

This Youtube channel is violating my copyrights and impersonating my business:

https://www.youtube.com/channel/UCrnWkTrB7tzLtqdWX2Uuhrg

It is using my television channel Mereja TV's logo and copyrighted videos.

Originals of my copyrighted videos and logo are found here: https://mereja.tv

The user is using my copyright-protected videos and company logo without my permission. (See the attached exhibit #3)

I once again ask you respectfully to remove my logo and videos from this channel.

**I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.**

**The information in this notification is accurate, and under penalty of perjury, I am the owner, or an agent authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.**

Signature: Elias Kifle

Address:
Mereja TV
8115 Fenton Street #307
Silver Spring, MD 20910

Tel: 202 656 5117
Email: email@mereja.tv
[Quoted text hidden]



**Exhibit 4 - Youtube.JPG**
145K

## Exhibit 3



## Exhibit 4

Q  Describe your issue

URL of your suspended YouTube channel *

https://www.youtube.com/channel/UCuwWD

The channel URL will begin with "https://www.youtube.com/channel."

Please briefly explain why you think your channel was suspended in error. Be sure to review YouTube's
Community Guidelines ⧉  and copyright policies ⧉  before submitting your appeal. Please note: If your appeal
involves one or more private videos, by submitting this request you are explicitly giving permission for our
reviewers to view your private video content. *

Hello,

I am checking with you once again about the specific reason(s) for terminating my channel

After spending 4 years of my life building the channel, and producing and uploading 2,500 high-
quality videos, I deserve an explanation for destroying all that with a click of the button on your
keyboard.

Please specify which video(s) on my channel have violated Youtube's community guidelines and
what the violations were. When you denied my appeal to reinstate my channel, you failed to specify
the violations. If you are unable to specify the violations, please reinstate my channel. I am 100
percent certain that you cannot find any violation on my channel. Close to 17,000 people have signed
a petition asking you to reinstate my channel, as you can see here: http://chng.it/KHmGxxWf

Please be aware that your failure to provide me with this information may be considered by the court
of law as a violation of good faith and fair dealing covenant

Sincerely,                                                                               
Elias

Submit

Some account and system information will be sent to Google, and support calls and chats may be recorded. We will use this
information to improve support quality and training, to help address technical issues, and to improve our products and services,
subject to our Privacy Policy and Terms of Service.

37

## Exhibit 5



# Wall of Tolerance

The undersigned co-chairs of the

*National Campaign for Tolerance*

do hereby authorize that the name of

## Mr. Elias Kifle

be placed on the Wall of Tolerance
honoring those who are leading the way
towards a more tolerant and just America
as Founding Members of the
National Campaign for Tolerance

Authorized this 15th day of February 2002.

**MORRIS DEES**
CO-CHAIR

**ROSA PARKS**
CO-CHAIR

## Exhibit 6

