IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 14 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Elias Kifle,

  *Pro se* Plaintiff,

v.

Youtube, LLC

  Defendant.

Civil Action No.

**1:21-CV-0238**

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable _____ and that I will comply with its provisions during the pendency of this litigation.

_____
Signature of *Pro se* Elias Kifle

January 14, 2021

33