IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS KIFLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOUTUBE LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-01752-MMC<br><br>**ORDER OF RECUSAL** |

　　I, the undersigned Judge of the Court, finding myself disqualified in the above-titled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

　　**IT IS SO ORDERED.**

Dated: March 12, 2021

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge