IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS KIFLE,<br><br>    Plaintiff,<br><br>v.<br><br>YOUTUBE LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-01752-CRB<br><br>**JUDGMENT** |

    Having granted Defendant YouTube LLC's motion to dismiss with prejudice, see Order Granting MTD (dkt. 88), the Court hereby enters judgment for Defendants and against Plaintiff Elias Kifle.

**IT IS SO ORDERED.**

Dated: May 12, 2022

CHARLES R. BREYER
United States District Judge